| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARSH, MALCOLM F. | U.S. DISTRICT COURT, OREGON | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISRICT. JUDGE, SENIOR. STATUS | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

1000 S. W. THIRD AVENUE
SUITE 1507
PORTLAND, OR 97204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Grantor/Trustee of Intervivos Trust | Pioneer Trust Bank (See Line 101) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 2. Legg Mason Western Asset Oregton Muni. Money Mkt Fund, | D | Interest | J | T | | | | | 28,063.61 |
| 3. | A | Interest | | T | Sold (part) | 10/06/11 | L | | 9451.796 |
| 4. | A | Interest | | T | Sold (part) | 10/11/11 | K | | 2859.662 |
| 5. | A | Interest | | T | Sold (part) | 10/12/11 | L | | 4962.994 |
| 6. | A | Interest | | T | Sold (part) | 10/18/11 | L | | 4869.177 |
| 7. | A | Interest | | T | Sold (part) | 10/19/11 | K | | 2452.413 |
| 8. | A | Interest | | T | Sold (part) | 10/21/11 | K | | 3155.701 |
| 9. | | | | | | | | | |
| 10. MUNICIPAL BONDS | | | | | | | | | |
| 11. Forest Grove Ore Rev Rfdg & Campus, Due 5/1/2036 | | | | | | | | | |
| 12. See line 40 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 13. Oregon St. Bd Bk Rev Ore Eco Comm Dev Dept, 01/01/2025, | A | Interest | J | T | | | | | |
| 14. OR St Vets Welfare, Ser. B, Due 10/01/2042 | A | Interest | K | T | | | | | 5,000 |
| 15. OR St Dept Transn Hwy User Tax Rev, Bk Entry Due 11/15/2028 | | | | | | | | | |
| 16. See line 47 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 17. Ore St Dpt of Transportation, Lien A, Due 11/15/2028 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. See line 48 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 19. Ptld OR Swr Sys Rev Rfdg, 1st Lien-Ser A, Due 6-15-2033 | | | | | | | | | |
| 20. See line 54 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 21. Clackamas Cnty Ore Hosp Facs, Due 5/1/2021 | A | Interest | | | Redeemed | 05/06/11 | J | | 10,000 |
| 22. State of OR, Board of Education, Due 8/1/2031 (date was | | | | | | | | | 20,000 |
| 23. incorrectly listed as 8/1/2023 in 2010 report; see line 58 | | | | | | | | | |
| 24. in 2010 report; all sold in 2010 | | | | | | | | | |
| 25. Oregon St. Dept Admin Services, Due 11/1/2026 | A | Interest | | | Sold | 08/31/11 | J | | 10,000 |
| 26. Florence Ore Rfdg, Due 12/1/2030 | A | Interest | K | T | | | | | 25,000 |
| 27. Port Portland Int'l Airport, Due 7/1/2026 | A | Interest | K | T | | | | | 25,000 |
| 28. Puerto Rico Cmwlth Hwy & Transn, Due 7/1/2026 EXCHANGED | B | Interest | | | Redeemed | 10/18/11 | K | | 25,000 |
| 29. See lines 30-31 below | | | | | | | | | |
| 30. Puerto Rico Cmnwlth Hwy & Transn Ser. 4, Due 7/1/2026 | A | Interest | J | T | Buy | 10/18/11 | J | | 5,000 |
| 31. Puerto Rico Cmnwlth Hwy Transn, Ser. AGM, due 7/1/2026 | A | Interest | K | T | Buy | 10/18/11 | K | | 20,000 |
| 32. Portland Ore Urban Renewal, Due 6/15/2023 | A | Interest | K | T | | | | | 25,000 |
| 33. Tillamook Bay Ore Cmnty College, Due 6/15/2026 | A | Interest | K | T | | | | | 25,000 |
| 34. Ore St Dept Admin Svcs Lottery, Due 4/1/2025 | B | Interest | K | T | | | | | 25,000 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MARSH, MALCOLM F. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lake Oswego Ore Ser A, L/T, B/E, Due 6/1/2029 | A | Interest | K | T | | | | | 25,000 |
| 36. SMITH BARNEY FINANCIAL MANAGEMENT ACCOUNT | | | | | | | | | |
| 37. Citibank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 38. MUNICIPAL BONDS | | | | | | | | | |
| 39. ORE St. Hlth HSF Edl & Cultural 11/15/2032 | | | | | | | | | |
| 40. See Line 8 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 41. Ore. St. Veterans Welfare Service, Due 10/01/2042 | A | Interest | | | Redeemed | 12/01/11 | K | | 45,000 |
| 42. OR St Bd Higher Ed G/O Ser. B Due 8/1/2028 | | | | | | | | | |
| 43. See line 13 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 44. Portland City OR Ltd. Tax Conv. Ctr Ser A, Due 6-1-2030 | C | Interest | | | Redeemed | 11/14/11 | L | | 60,000 |
| 45. Ptld OR Swr Sys Rev 1st Lien,Ser A,6/15/2027 | | | | | | | | | |
| 46. See line 18 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 47. Ore St Dept of Transp Hwy User, Due 11/15/2030 | | | | | | | | | |
| 48. See line 19 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 49. Clackamas Co OR Sch Dist #12, North Clack, due 6-15-2030 | | | | | | | | | |
| 50. See line 21 of 2010 report; sold in 2010 in entirety | | | | | | | | | |
| 51. Clackamas Cnty Ore Hosp Facs, Due 5/1/2021 | B | Interest | | | Redeemed | 05/06/11 | J | | 10,000 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Puerto Rico Hwys & Trnsptn Au, Due 7/1/2036 | C | Interest | | | Sold | 07/27/11 | L | | 60,000 |
| 54. Medford Ore. Hosp Facs. AGM B/E, due 8/15/2035 | A | Interest | K | T | Buy | 10/19/11 | K | | 25,000 |
| 55. Wash. Cnty Ore Clean Wtr Ser. B, B/E, Due 10/1/2029 | A | Interest | L | T | Buy | 10/10/11 | L | | 50,000 |
| 56. Clackamas County Ore Sch. dist #46, Ser. A, Due 6/15/2029 | A | Interest | K | T | Buy | 10/21/11 | K | | 30,000 |
| 57. Salem Ore Hosp Fac., Ser. A, Due 8/15/2036 | A | Interest | K | T | Buy | 10/11/11 | K | | 30,000 |
| 58. Oregon St. Facs Auth Rev Rfdg, Due 8/15/2030 | A | Interest | L | T | Buy | 10/12/11 | L | | 50,000 |
| 59. Units FTP Insured Municipal Series 27 | B | Interest | L | T | Buy | 07/15/11 | L | | 1013 |
| 60. Units FTP Insured Municipal Series 27 | B | Interest | L | T | Buy | 07/27/11 | L | | 6198 |
| 61. Port of Portland Int'l Airport, Passenger B/E, Due 7/1/2027 | A | Interest | K | T | Buy | 11/10/11 | K | | 40,000 |
| 62. UTS FTP, Global Gorillas, Portfolio Series 1 | A | Interest | L | T | Buy | 10/6/11 | L | | 9713 |
| 63. Portland Ore. urban Renewal & B/E, due 6/15/2031 | A | Interest | K | T | Buy | 05/04/11 | K | | 20,000 |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. Key Bank Private Bank | A | Interest | L | T | | | | | |
| 68. U.S. Bank Checking Acct | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. I.R.A., MORGAN STANLEY SMITH | E | Interest | N | T | | | | | |
| 71. BARNEY CGM IRA CUSTODIAN, SELF DIRECTED | | | | | | | | | |
| 72. DISTRIBUTION TAKEN IN 2011 | | | | | | | | | |
| 73. —Citibank NA South Dakota Bank Dep | A | Interest | J | T | | | | | |
| 74. —CORPORATE BONDS | | | | | | | | | |
| 75. —HSBC Fin Corp HSBC Fin Internotes; MAT: 2/15/2015 | A | Interest | J | T | | | | | 15,000 |
| 76. —Goldman Sachs Group Inc Mat: 1/15/2017 | A | Interest | K | T | | | | | 25,000 |
| 77. —General Elec Cap Corp; Mat: 2/15/2017 | B | Interest | | | Sold | 03/03/11 | K | | 25,000 |
| 78. —Hartford Finl Svcs Group SR NTS; Mat: 3/15/2017 | B | Interest | | | Sold | 02/23/11 | L | | 50,000 |
| 79. —Bank of America Corp Sub Internotes; Mat: 3/15/2020 | A | Interest | K | T | | | | | 50,000 |
| 80. Fortune Brands, Inc., Due 11-15-2021 | A | Interest | K | T | | | | | 35,000 |
| 81. | A | Interest | | | Sold (part) | 08/29/11 | K | A | 20,000 |
| 82. RR Donnelley & Sons Co., Due 6/15/2020 | C | Interest | K | T | | | | | 60,000 |
| 83. Hartford Financial Services Group, Due 3/30/2020 | B | Interest | | | Sold | 05/05/11 | K | | 35,000 |
| 84. Genworth Financial, Due 5/22/2018 | A | Interest | K | T | | | | | 35,000 |
| 85. Genworth Financial, Due 2/15/21 | A | Interest | K | T | Buy | 05/17/11 | K | | 30,000 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Manulife Financial Corp, Due 9/17/2020 | A | Interest | J | T | Buy | 1/11/11 | J | | 10,000 |
| 87. Vulcan Materials Co., Due 6/15/2018 | B | Interest | K | T | Buy | 03/03/11 | K | | 30,000 |
| 88. Units ADT, Strategic High 80 | A | Interest | K | T | Buy | 02/23/11 | K | | 5083 |
| 89. UTS FTP, Tactical Income Portfolio Series 5 | B | Interest | K | T | Buy | 05/05/11 | K | | 3691 |
| 90. Hartford Life - Debs, Due 6/15/2027 | A | Interest | K | T | Buy | 5/17/11 | K | | 25,000 |
| 91. Goldman Sachs Group, Due 11/1/2060 | B | Interest | K | T | Buy | 7/15/11 | K | | 1100 |
| 92. Wells Fargo Capital Enhanced, Due 3/15/2068 | A | Interest | K | T | Buy | 7/15/11 | K | | 1050 |
| 93. | | | | | Sold | 9/1/11 | K | | 1050 |
| 94. Units FTP Strategic Income Series 36 | A | Interest | K | T | Buy | 9/1/11 | K | | 2719 |
| 95. — GOVT & GSE BONDS | | | | | | | | | |
| 96. —Fed Home Loan Bank Cons; Mat: 5/18/2016 | B | Interest | | | Sold | 07/15/11 | K | | 20,000 |
| 97. —Fed Home Loan Bank Cons.; Mat: 12/16/2016 | A | Interest | | | Sold | 7/15/11 | K | | 20,000 |
| 98. —Fed. Nat'l Mtg Assn Debs; Mat: 5/11/2017 | B | Interest | | | Sold | 05/17/11 | K | | 25,000 |
| 99. —Fed. Nat'l Mtg Assn Debs; Mat: 6/12/2017 | B | Interest | | | Sold | 05/17/11 | K | | 25,000 |
| 100. | | | | | | | | | |
| 101. Pioneer Trust Bank (See P. 1, Positions) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MARSH, MALCOLM F. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following investments were incorrectly listed on the 2010 report. They were inadvertently listed twice. In the first 3 pages of the 2010 report, they were shown as current investments; but on subsequent pages, they were correctly identified as having been sold in their entirety.

Line 11:  Forest Grove Ore Rev Rfdg & Campus, Due 5/1/2036 --  See line 40 of 2010 report; sold in entirety

Line 15:  OR St Dept Transn Hwy User Tax Rev, Bk Entry Due 11/15/2028 --  See line 47 of 2010 report; sold in entirety

Line 17:  Ore St Dpt of Transportation, Line A, Due 11/15/2028 --  See lilne 48 of 2010 report; sold in entirety

Line 19:  Ptld OR Swr Sys Rev Rfdg, 1st Line-Ser A, Due 6/15/2033 --  See line 54 of 2010 report; sold in entirety

Line 22:  State of OR, Board of Education, Due 8/1/2031
 (date was incorrectly listed as 8/1/2023 in 2010 report) --  See line 58 of 2010 report; sold in entirety

Line 39:  ORE St. Hlth HSF Edl & Cultural, 11/15/2032 --  See line 8 of 2010 report; sold in entirety

Line 42:  OR St Bd Higher Ed G/O Ser. B Due 8/1/2028 --  See line 13 of 2010 report; sold in entirety

Line 45:  Ptld OR Swr sys Rev 1st Line, Ser A, 6/15/2027 --  See line 18 of 2010 report; sold in entirety

Line 47:  Ore St Dept of Transp Hwy User, Due 11/15/2030 --  See line 19 of 2010 report; sold in entirety

Line 49:  Clackamas Co OR Sch Dist #12, North clack, due 6/15/2030 --  See line 21 of 2010 report; sold in entirety

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MALCOLM F. MARSH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544